FILED

SEP 20 2022

U.S. D... ...RT-WVND
MA... 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JESSE ROMELLO BRENT,<br><br>Defendant. | Criminal No. 3:22-CR-50<br><br>Violations: 18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 923(a)<br>18 U.S.C. § 924(a)(1)(D) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Engaging in the Business Without a License)

On or about June 1, 2019 to on or about February 8, 2022, in Berkeley County, in the Northern District of West Virginia and elsewhere, including the District of Maryland, the defendant **JESSE ROMELLO BRENT**, not being a licensed dealer or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing and manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

# FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), including the following:

1. Box of ammunition, .300 AAC Blackout;
2. Plano case with three rounds of 9mm ammunition;
3. Handgun slide and barrel spring for trigger;
4. Box of federal 9mm ammunition;
5. Magazine for Glock .40 caliber with 9 rounds of ammunition;
6. Four large silencers;
7. Seven smaller silencers (two of which have been drilled out);
8. Two drilling blocks/mounts;
9. 1 drill bit 3/8";
10. Magazine single stack .45 caliber with fifteen round capacity containing eleven rounds of ammunition;
11. 1 round of 9mm ammunition;
12. Assorted gun parts and accessories magazines;
13. Three boxes for P80s (two containing unfinished lower receivers and jigs);
14. Magpul box containing gun parts and tools;

15. AR15 bolt carrier;

16. Assorted 9mm ammunition, .40 caliber and .300 blackout ammunition;

17. One upper receiver for .40 caliber handgun tools;

18. Ryobi drill;

19. Dremel drill press;

20. AR 15 jigs;

21. Small rotary tool;

22. Rotary tool in black case;

23. 3-D printer;

24. Three Glock switches;

25. One AR-15 Auto Sear

26. One large silencer kit with assorted parts;

27. One booster device;

28. Assorted loose ammunition; and

29. Assorted gun parts.

A True Bill,

/s/ _____
Grand Jury Foreperson


/s/ _____
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney