IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.     Criminal Action No. 3:22-CR-50

JESSE ROMELLO BRENT,

    Defendant.

## UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT WITNESS TESTIMONY AS TO WAYNE A. MOSER, JR.

The United States provides notice to Jesse Romello Brent ("the Defendant"), pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703, and 705, that the United States intends to offer the following expert witness testimony in its case-in-chief at trial. The United States respectfully reserves the right to offer additional testimony by these experts, or other expert witness(es), and for the experts to amend or adjust their opinions and bases for those opinions due to information made known to the experts before or during trial.

The United States intends to call Wayne A. Moser, Jr., Firearms Enforcement Officer, as an expert witness at trial in the field of firearm identification and classification, firearm examination, firearm testing, and firearm toolmarks. With respect to Wayne A. Moser, Jr., the United States previously disclosed Wayne A. Moser, Jr.'s Report of Technical Examination, dated May 5, 2022.  The previously disclosed report satisfies the requirements of Rule 16(a)(1)(G) by providing a complete statement of all opinions that the United States will elicit from the witness in the case-in-chief or during the rebuttal to counter testimony that Defendant has timely disclosed under (b)(1)(C).  Further, the report lists the bases and reasons for each opinions.

A list of the witness's qualifications, including a list of all publications authored in the previous ten years, is outlined in Wayne A. Moser, Jr.'s curriculum vitae, which was previously produced. The attached curriculum vitae also lists all other cases in which the witness has testified

as an expert at trial or by deposition.

     Further, the expert witness is not required to sign this disclosure because the United States previously provided a report, signed by the witness, that contains all the opinions and the bases and reasons for them as required by Federal Rule of Criminal Procedure (1)(G)(iii).

                                      Respectfully submitted,

                                      WILLIAM IHLENFELD
                                      United States Attorney

                                      ***/s/ Lara K. Omps-Botteicher***
                                      Lara K. Omps-Botteicher
                                      Assistant United States Attorney
                                      217 West King Street, Suite 400
                                      Martinsburg, WV 25041
                                      (304) 262-0590

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/ Lara K. Ompteicher*
Lara K. Ompteicher
Assistant United States Attorney